# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132624

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAX MICHAEL HAWKINS,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132624
COA: 262677
Wayne CC: 04-008265-01

_____/

    On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

t0319

_____
Clerk